USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                        :

BENIGNO ARGUDO, *on behalf of himself,*     :
*individually, and on behalf of all others similarly situated,*  :
                                          :

                         Plaintiff,   :

                                          :

              -against-               :

                                          :

RUGO, LLC d/b/a PORTOFINO            :
RESTAURANT *and* MARIO RUGOVA,       :
*individually,*                                :

                                          :

                     Defendants.  :

                                          :
----------------------------------------------------------------X

1:21-cv-5511-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      Defendants' request for an extension of time to complete discovery, Dkt. No. 35, is denied.

Defendants request that the Court extend the deadline for fact discovery from July 5, 2022 to

August 8, 2022.  However, the current deadline for the completion of fact discovery is August 11,

2022.  *See* Dkt. No. 34.  In addition, the Court stated in its May 2, 2022 order that the parties should

not expect further extensions of time.  *Id.*

SO ORDERED.

Dated: July 4, 2022
      New York, New York

                                         _____
                                         GREGORY H. WOODS
                                     United States District Judge