```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                               :
BENIGNO ARGUDO,                            :
                                               :
                                Plaintiffs,   :          1:21-cv-5511-GHW
                                               :
                              -v -                  :                 ORDER
                                               :
RUGO, LLC, *doing business as* PORTOFINO      :
RESTRAUANT, *and* MARIO RUGOVA,          :
                                               :
                                   Defendants.   :
                                               :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       As stated on the record during the conference held on August 15, 2023, the parties are directed to submit a joint letter addressing their respective positions as to (1) whether to try, before the jury, the Fair Labor Standards Act claims in the case, as opposed to the New York Labor Law claims alone; and (2) whether the Court should include a jury instruction regarding the wage notice claim under New York Labor Law § 195(1), and how the parties' factual stipulations as to the wage notice claim should affect the trial.  This joint letter is due no later than August 22, 2023.

       Additionally, as discussed during the conference, the parties are directed to email to chambers marked copies of their exhibits as early as is practicable, or no later than August 18, 2023.  Any request for referral to a magistrate judge for settlement purposes is likewise due no later than August 18, 2023.

       SO ORDERED.

Dated: August 15, 2023
          New York, New York

                                                                 GREGORY H. WOODS
                                                              United States District Judge