```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
BENIGNO ARGUDO,                                                  :
                                                                 :
                                    Plaintiff,                   :     1:21-cv-5511-GHW
                                                                 :
               -v -                                              :     ORDER
                                                                 :
RUGO, LLC, and MARIO RUGOVA,                                     :
                                                                 :
                                    Defendants.                  :
                                                                 :
---------------------------------------------------------------- X
```

<div style="float:right; border:1px solid black; padding:4px;">
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: 8/18/2023
</div>

GREGORY H. WOODS, United States District Judge:

The Court will hold a conference by telephone on August 22, 2023 at 4:00 p.m. to discuss counsel for Defendants' motion for leave to withdraw as counsel of record for Defendants, Dkt. No. 62. Defendant is directed to arrange for Mr. Rugova attend the August 22, 2023 conference.

The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: August 18, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge