```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
BENIGNO ARGUDO,                                                  :
                                                                 :
                                      Plaintiff,                 :      1:21-cv-5511-GHW
                                                                 :
                    -v -                                         :      ORDER
                                                                 :
RUGO, LLC, doing business as PORTOFINO                           :
RESTAURANT, and MARIO RUGOVA individually,                       :
                                                                 :
                                      Defendants.                :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2023

GREGORY H. WOODS, United States District Judge:

     Defendants' counsel is directed to submit a supporting affidavit accompanying his motion to vacate, in accordance with Local Civil Rules 6.1 and 7.1. This affidavit should "contain[] any factual information and portions of the record necessary for the decision of the motion." *See* Local Civil Rule 7.1(a)(3). Prior to submitting this affidavit, counsel may wish to consider Electronic Case Filing Rule 4.3, as well as Dkt. No. 65.

     SO ORDERED.

Dated: August 31, 2023
       New York, New York

                                                                       _____
                                                                  GREGORY H. WOODS
                                                               United States District Judge