USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
BENIGNO ARGUDO, :
:
Plaintiff, :   1:21-cv-5511-GHW
:
-v - :   ORDER
:
RUGO, LLC, *doing business as* PORTOFINO :
RESTAURANT, *and* MARIO RUGOVA *individually*,:
:
Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    As discussed during the September 1, 2023 teleconference, the parties are directed to submit to the Court by September 7, 2023 any comments on the Court's drafts of (1) the description of the case to be read to the venire, (2) the overview of the applicable law to be read to the jury, and (3) the voir dire questions. These three drafts were transmitted to Plaintiff and Defendants via email on September 5, 2023.

    In addition, Defendants are directed to email to chambers marked copies of their exhibits as early as is practicable, or no later than September 7, 2023.

    SO ORDERED.

Dated: September 5, 2023
       New York, New York

                                                  GREGORY H. WOODS
                                                  United States District Judge