```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
BENIGNO ARGUDO,                                                  :
                                                   Plaintiff,    :
                                                                 :           1:21-cv-5511-GHW
                                                                 :
                         -against-                               :              ORDER
                                                                 :
                                                                 :
RUGO, LLC, doing business as PORTOFINO                           :
RESTRAUANT, and MARIO RUGOVA,                                    :
                                                                 :
                                                   Defendants.   :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2023

GREGORY H. WOODS, United States District Judge:

As stated on the record following the trial on September 13, 2023, the parties' joint letter, providing their joint or respective calculations of the damages owed to Plaintiff, is due no later than September 18, 2023.  Plaintiff's application for legal fees and costs, if any, is due no later than October 4, 2023.  Any opposition by Defendants is due no later than one week following the date of service of Plaintiff's application.  Any reply by Plaintiff is due no later than three business days following the date of service of Defendants' opposition.

SO ORDERED.

Dated: September 13, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge