UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

BENIGNO ARGUDO,

       Plaintiffs,

  -against-               21 **CIVIL** 5511 (GHW)

**<u>JUDGMENT</u>**

RUGO, LLC, doing business as PORTOFINO
 RESTRAUANT, and MARIO RUGOVA,
       Defendants.

-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated October 16, 2023 judgment is hereby entered in favor of Plaintiff Benigno Argudo and against Defendants Rugo, LLC and Mario Rugova in the amount of $152,097.14; plaintiff is awarded attorney's fees in the amount of $95,122.50 and costs in the amount of $8,627.96 for a total judgment sum of $255,847.60 plus post-judgment interest on all monies due at a daily rate to be determined by the Clerk of Court until Defendants comply with the judgment, pursuant to 28 U.S.C. § 1961(a), plus any penalty for failing to render payment within ninety days, pursuant to NYLL § 198(4); accordingly, the case is closed.

**Dated:** New York, New York
    October 16, 2023

                       **RUBY J. KRAJICK**

                     _____
                       **Clerk of Court**

             **BY:**
                       _____
                       **Deputy Clerk**