ABSTRACT OF JUDGMENT

**Re:** BENIGNO ARGUDO v. RUGO LLC d/b/a PORTOFINO RESTAURANT ET AL

**Case Number:** 21 CIVIL 5511 (GHW)

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| RUGO LLC d/b/a PORTOFINO RESTAURANT<br>555 CITY ISLAND<br>BRONX, NEW YORK 10464<br><br>MARIO RUGOVA<br>67 FORDHAM STREET<br>BRONX, NEW YORK 10464 | BENIGNO ARGUDO<br>141-41 85TH ROAD, APT 1E<br>JAMAICA, NEW YORK 11435 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $255,847.60 | ANDREW C. WEISS, ESQ.<br>910 FRANKLIN AVE SUITE 200<br>GARDEN CITY, NEW YORK 11530<br>(Attorney for Plaintiffs) | October 16, 2023 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

**Dated:** New York, New York

**RUBY J. KRAJICK, Clerk of Court**

_____

**By, Deputy Clerk**