```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
BENIGNO ARGUDO,                                               :
                                    Plaintiff,                :
                                                              :         1:21-cv-5511-GHW
                                                              :
              -against-                                       :         ORDER
                                                              :
                                                              :
RUGO, LLC, *doing business as* PORTOFINO                      :
RESTRAUANT, *and* MARIO RUGOVA,                               :
                                                              :
                                    Defendants.               :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On December 15, 2023, Plaintiff filed a motion seeking to "compel[] Defendant Rugova to appear for the previously noticed deposition, and ordering Defendants to either pay the invoice to U.S. Legal Support for the deposition that Defendant Rugova failed to appear for, or to reimburse Plaintiff for the same." Dkt. No. 98 at 3. The Court will hold a status conference with respect to this matter by telephone on December 21, 2023 at 9:00 a.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: December 19, 2023
      New York, New York

                                                                                                    _____
                                                                                                 GREGORY H. WOODS
                                                                                         United States District Judge