USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                 :
BENIGNO ARGUDO,              :
              Plaintiff,   :
                 :     1:21-cv-5511-GHW
                 :
       -against-           :     <u>ORDER</u>
                 :
RUGO, LLC, *doing business as* PORTOFINO :
RESTRAUANT, *and* MARIO RUGOVA,   :
                 :
            Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On December 15, 2023, Plaintiff filed a motion seeking to "compel[] Defendant Rugova to appear for the previously noticed deposition, and ordering Defendants to either pay the invoice to U.S. Legal Support for the deposition that Defendant Rugova failed to appear for, or to reimburse Plaintiff for the same." Dkt. No. 98 at 3. Plaintiff then filed a supplemental declaration on December 27, 2023, supplying the stenographer's invoice for that deposition. Dkt. No. 102. As discussed during the conference held on December 21, 2023, Defendants' objection, if any, to the motion to compel payment of U.S. Legal Support's fees must be filed by January 2, 2024. If no objection is filed by January 2, 2024, the Court will treat the motion as fully submitted.

       SO ORDERED.

Dated: December 28, 2023

                                                                     GREGORY H. WOODS
                                                                United States District Judge