```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/29/2024
```

# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

**MEMORANDUM ENDORSED**

655 Third Avenue  
Suite 1821  
New York, NY 10017  
Tel. No. 212.679.5000  
Fax No. 212.679.5005

910 Franklin Avenue  
Suite 200  
Garden City, NY 11530  
Tel. No. 516.248.5550  
Fax No. 516.248.6027

February 28, 2024

*Via Electronic Case Filing*  
The Honorable Gregory H. Woods  
United States District Judge for the  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

      Re: *Benigno Argudo v. Rugo LLC et. al.*; Docket No.: 21-cv-05511 (GHW)

Dear Judge Woods:

      As this Court knows, we represent Plaintiff Benigno Argudo in the above-referenced post-judgment wage and hour matter against Defendants Rugo LLC d/b/a Portofino Restaurant and Mario Rugova, individually. We write in response to the Court's February 21, 2024 Order (ECF 111) to request that Defendants be ordered to pay Plaintiff $3,962.30, in attorneys' fees and expenses for the 16.3 hours spent seeking Defendants' compliance with the Court's January 3, 2024 and January 25, 2024 orders, and the $15.80 in costs incurred in relation to Plaintiff's counsel's appearance at the February 21, 2024 hearing. In support of Plaintiff's request, Plaintiff submits the Declaration of Andrew C. Weiss, Esq., and the exhibits, including contemporaneous time records, attached thereto.

      We thank the Court for its time and attention to this matter.

                                           Respectfully submitted,

                                           _____  
                                           Andrew C. Weiss, Esq.  
                                           *For the Firm*

To:    All Counsel *via* ECF

---

Neither this letter nor Plaintiff's declaration and accompanying exhibits, *see* Dkt. No. 113, state whether Defendants have complied with the Court's February 21, 2024 order by paying the invoice. Plaintiff is directed to provide a status update regarding whether the invoice was paid and, if so, when it was paid.

SO ORDERED.

Dated: February 29, 2024  
New York, New York

                                           _____  
                                           GREGORY H. WOODS  
                                           United States District Judge