```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                           :

BENIGNO ARGUDO,
                        Plaintiff,

                        1: 21-cv-5511-GHW

       -against-                        ORDER

RUGO, LLC, *doing business as* PORTOFINO
RESTRAUANT, *and* MARIO RUGOVA,

                      Defendants.
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On April 3, 2024, Plaintiff filed a motion for "an Order compelling compliance with Plaintiff's Non-Party subpoenas against Shkurta Rugova, who is Defendant Rugova's wife, and Kosovare Rugova who is Defendant Rugova's daughter, pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i))." Dkt. No. 121 at 1. This application is denied without prejudice. Plaintiff should not proceed by motion to request that the Court issue an order compelling non-parties to this action. Instead, if Plaintiff seeks to compel compliance with these subpoenas, Plaintiff should file a proposed order to show cause accompanied by supporting documentation as discussed in the Court's Individual Rules of Practice in Civil Cases. The Court will not consider the motion and accompanying exhibits filed at Dkt. No. 121.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 121.

      SO ORDERED.

Dated: April 3, 2024
       New York, New York

                                                                 _____
                                                                 GREGORY H. WOODS
                                                            United States District Judge