# PENACHIO MALARA, LLP
## ATTORNEYS AT LAW
**245 Main Street, Suite 450**
**White Plains, New York 10601**

FRANCIS J. MALARA*
ANNE J. PENACHIO*

JENNIFER RAGGO, Paralegal
-------------------------------------------
*Also admitted in CT

**Telephone (914) 946-2889**
**Facsimile (914) 206-4884**
**www.pmlawllp.com**

frank@pmlawllp.com
anne@pmlawllp.com
jraggo@pmlawllp.com

May 7, 2024

**Electronically Filed**

The Honorable Gregory H. Woods
District Court Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

        Re:  Argudo v. Rugo, LLC et al
              Case No.: 21-cv-05511-ghw

Dear Judge Woods:

    I serve as bankruptcy counsel to Mirsad Rugova and Rugo, LLC, defendants in the above-referenced action.  I am writing to advise the Court that Mr. Rugova and Rugo, LLC filed voluntary petitions for relief under the United States Bankruptcy Code.  Attached are proofs of filing.

                  Respectfully,

                  */s/ Anne Penachio*

                  Anne Penachio

Cc:  All parties via ECF

United States Bankruptcy Court
Southern District of New York

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 03/12/2024 at 08:48 AM and filed on 03/12/2024.

**Mirsad Rugova**
67 Fordham Street
Bronx, NY 10464
SSN / ITIN: xxx-xx-4540



FILED 03/12/2024 08:48 AM

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Anne J. Penachio**<br>Penachio Malara LLP<br>245 Main Street<br>Suite 450<br>White Plains, NY 10601<br>(914) 946-2889 | **Thomas C. Frost**<br>Chapter 13 Standing Trustee<br>399 Knollwood Rd<br>Suite 102<br>White Plains, NY 10603<br>914-328-6333 |

The case was assigned case number 24-10400-pb to Judge Philip Bentley.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |

| | 05/07/2024 15:59:52 | | |
|---|---|---|---|
| **PACER Login:** | fmalara245 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 24-10400-pb |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

United States Bankruptcy Court
Southern District of New York

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 02/29/2024 at 5:20 PM and filed on 02/29/2024.

**Rugo LLC d/b/a Portofino Restaurant**
555 City Island
Bronx, NY 10464
Tax ID / EIN: 73-1658622



The case was filed by the debtor's attorney:

**Anne J. Penachio**
Penachio Malara LLP
245 Main Street
Suite 450
White Plains, NY 10601
(914) 946-2889

The bankruptcy trustee is:

**Gregory M. Messer**
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242
(718) 858-1474

The case was assigned case number 24-10340-lgb to Judge Lisa G Beckerman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |

| 05/07/2024 16:00:26 | | | |
|---|---|---|---|
| **PACER Login:** | fmalara245 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 24-10340-lgb |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |